UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO TAVARES,
                    Plaintiff,

            -against-

N.Y.C. BELLEVIEW HOSPITAL;
LYNDA D. CURTIS, B.H. V.P.;
MICHAEL DEUTSCH, B.H. Dr.;
BARTOSZ GROBELNY, B.H.Dr.;
LAWRENCE MEITELES, Otolaryngology;
NELSON MUTHRA, Medical Provider;
MARYANN GENOVESE, Medical director;
MARK SCOTT, Deputy Warden Commander.
                    Defendants.

AMENDED COMPLAINT

Under the Civil Rights Act,
    42 U.S.C.§ 1983

Jury Trial Requested

13-Civ.-3148-(PKC)-(MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|10|14

I.    Parties in this complaint:

      Plaintiff's

      Pedro Tavares
      ID # 11-A-2764
      Franklin Correctional Facility
      P.O.BOX: 10,62 Bare Hill Road
      Malone, New York 12953

Defendant No.1

      New York City Belleview Hospital
      462 First Street
      New York, New York 10016

Defendant No.2

      Lynda D. Curtis, B.H. Senior V.P.
      Belleview Hospital
      462 First Ave.
      New York, N.Y. 10016

Defendant No.3

      Micheal Deutsch, Resident Physician at Belleview Hospital
      Belleview Hospital Center
      Risk management ME-22
      462 First avenue
      New York, New York 10016

Defendant No.4

      Bartosz Grobelny, Doctor at Belleview Hospital
      Belleview Hospital Center
      Risk Management ME-22
      462 First Avenue
      New York, New York 10016

[1]

Defendant No.5

    Lawrence Meiteles, Otolaryngology at Fishkill RMU
    18 Strack Drive
    Beacon, New York 12508-0307

Defendant No.6

    Nelson Muthra, RPA at Sing Sing CF
    354 Hunter Street
    Ossining, New York 10562-5442

Defendant No.7

    Maryann Genovese, MD at Sing Sing CF
    354 Hunter Street
    Ossining, New York 10562-5442

Defendant No.8

    Mark Scott, Deputy Warden Commander, incharge of the prison ward
    30th Street & First avenue
    New York, New York 10016

II.

1). Plaintiff Pedro Tavares Pro-se, filed a complaint on May 3th,2013, agaisnt the above-captioned Defendants pursuant to 42 U.S.C. § 1983, seeking damages against the Defendants for committing medical neglige- nces, medical malpractice, and been deliberate indifference to Plaintiff medical needs, in violation of Plaintiff Eight Constitutional Amendment rights. This claim arises under 42 U.S.C. § 1983, which creates a civil cause of action against individuals who, while acting under color of State Law, deprives a person of that "Right, Privileges or Inmunities secured by the Constitution and Law" of the United States.

2). Plaintiff now files this Amended Complaint by Order of the Court, after all John Does defendants and other defendants has been properly name in the above-mentioned pending matter before this Honorable District Court for the Southern District of New York.

<u>(JURISDICTION)</u>

#). This Honorable District court for the Southern District of New York has jurisdiction of this Civil Action under 42 U.S.C.§ 1331.

The Honorable Court also has jurisdiction pursuant to 28 U.S.C § 1343
to properly entertain this Civil Action.

### (STATEMENT OF CLAIM)

4). Plaintiff Pedro Tavares, pro-se, is a permanent resident of the
State of New York, presently being incarcerated at the Franklin Corre-
ctional Facility by the State of New York Department of Corrections,
located at P.O.BOX: 10,62 Bare Hill Road, Malone, New York 12953,
awaiting an appeal of a criminal conviction matter which shall or must
be resolve at the Appellate Division for the First Department.

5). When all the violation against Plaintiff took place, Plaintiff
were been detained by the City of New York Department of Corrections
at George R. Vierno Center, located at 09-09 Hazen Street East Elmhurst
New York 11370, and the violaiton took place at the Belleview Hospital
Prison Ward , located at 462 First Avenue, New York N.Y.10016.

6). The entire violations of Medical Malpractice, Medical Negligence,
and Deliberate Indifferent to Plaintiff's medical needs, in violation
of Plaintiff U.S. Constitutional Eight Amendment Rights began to take
place when Plaintiff was discharged from Belleview Hospital on March
10th,2011, by Defendant Michael Deutsch, with out giving any instruction
to the Medical Clinic of George R. vierno Center, and discharging
Plaintiff "only" hours after the surgery been performed on the same
date for Carpal Tunnel Syndrom, and by not ordering the transportation
Officers not to put hand-cuff on the left hand while Plaintiff been
transported from Bellebiew Hospital to the George R. Vierno Center,
the hand got infected and the infection went all the way up to elbow,
or further up to the arm.

7). Do to the infection in the surgery left hand for Carpal Tunnel
Syndrom, Plaintiff was ordered to be taking back to Belleview Hospital
by the George R. vierno Center Clinic on March 17th, 2011, Plaintiff

[3]

were taking back to the Belleview Hospital Emergency Room, and were
admitted until March 22th, 2011. Plaintiff was put on IV Antibiotic, and
other medication for a period of six days in order to stop the infection,
and avoiding the hand to be amputated. The administration of the
antibiotic and other medication was ordered by Defendant Dr. Bartosz
Grobelny without taking any precautionary measure, not taking into
account that Plaintiff age, and other permanent illnesses that Plaintiff
is suffering from, such as high blood pressure, and cronic back problem,
and diabetic type 2, could have affected Plaintiff hearing side, with-
out ordering the necessary test before the administration of the anti-
biotic to eliminates the infection.

8). That while Plaintiff was in the Hospital from March 17th, 2011 to
March 22th, 2011, during the time, Plaintiff began to felted and started
to noticed that he was loosing his hearing side, on and off, and when
Plaintiff notified on of the nurses, on the same day, a Doctor came to
see me, and told me that he was ordering some special test on me, and
after the ordered test were done, Plaintiff was discharged from the
Hospital without notifying Plaintiff of his hearing situation, or
giving Plaintiff any information on the test result.

9). On the 27th day of March 2011, Plaintiff were transfered to
Downstate Correctional Facility, where audiology test were performed,
and Plaintiff was diagnosed with High Tone Hearing Impairment on both
side, which wer cost do to the excessive amount of antibiotic ordered
by Defendant Dr. Bartosz Grobelny.

10). On 07/08/2011, Dr. Noriel Deguzman at Downstate correctional
Facility ordered by appointment to see an otolaryngology specialist,
and on 07/15/2011, Plaintiff saw Defendant Dr. Lawrence Meiteles, who
stted that Plaintiff was exposed to work construction, without any
facts to support or make such of statement, which constitute conspiracy

[4]

to cover-up a medical negligence by the Defendants at Belleview Hospital. Plaintifff has never worked in construction in which noisy machineries has been used, nor that Plaintiff ever told Defendant Dr. Lawrence Meiteles that plaintiff ever worked in construction in order for Dr. Meiteles to make such statement, wherefore, the only purposed of this statement on his medical report is to cover-up the medical negligence and medical malpracitice of the other defendants on this civil action. Plaintiff has been incarcerated since April 24th, 2007, and if this hearing loss impairment would had been caused by been exposed to working in construction, then this hearing losse would had occurred way before 2011, which cearly indicates that the hearing loose occurred because of the excessive amount of IV antibiotic that Defendant Dr. Bartosz Grobelny used to controlled the infection of the left hand surgery for carpal tunnel syndrom that what performed on March 10th,2011 at the Belleview Hospital.

11). Defendants Dr. Nelson Muthra, and MD Maryann Genovese went even further in trying to cover-up the Defendants at Belleview Hospital by stating that Plaintiff hearing loss was indeed due to working in construction with heavy equipments without any facts to support their statement, making Dr. Muthra and MD Genevese co-conspiritor by trying to support or endorced Defendant Dr. Lawrence Meiteles medical report of 07/15/2011, in order to cover-up the medical negligence of the Defendants at Belleview Hospital. This Defendants tried to cover-up the couse of the hearing loss in attempting to avoid the truth of the matter---- the standards to satisfied only when the patient can show a reasonable probablity that, the negligent act, the injury have been avoided.

12). Defendant City Of New York Belleview Hospital id sn entity of the City of New York, where the City of New York is responsible for

the Hospital employees wrong action agaisnt a Plaintiff, to which,
has been wrongfully treated at the Hospital.

13).  Defendant Lynda D. Curtis is incharge of the Hospital personnel
and the operation of the N.Y.C. Belleview Hospital, therefore, Miss
Curtis is directly involve with the employees that works at Belleview
Hospital on their individual capacity, and is responsible for her
employees wrong action when their do not fallow medical protocol
in treating a patient properly.

14).  Defedant Mark Scott was the Commander incharge of the prison
ward at the time Plaintiff was transported in and out of the Belleview
hospital, wherefore, Defendant Scott must make sure that his Officers
follow rules and regulation of how to transport an inmates who yet
has been discharge out off the prison ward, to properly hand-cuff
the inmate in order to protect that inmate, that no further harm
be inflicted upon the inmate surgery hand. Mr. Scott is liable for
allowing his Officers to put the inmate life at risk, in cuffing
a hand that a surgery were performed yet hours before, and by recei-
ving an inmate with an open and unprotected wound on his left hand ,
and then cuffing him.

(INJURIES)

15). Related to the medical negligence, in living the surgery left
hand open and allowing the Officers to hand cuffed the hand for
security transportation, Plaintiff suffered an infection on his left
hand, Plaintiff was on pain for over a week, and also suffered phycho-
logical pain, thinking that his arm needed to be amputated, do to the
severe infection syffered. Plaintiff received treatment of IV antibiotic
and other medication at the Belleview Hospital, ordered by defendant
Dr. Bartosz Grabelny, from March 17th,2011 to March 22th,2011.

[6]

16). related to the medical malpractice, Plaintiff lost his high
hearing tone in both hearing side, which lefted Plaintiff with per-
manent impairment of high hearing for the rest of Plaintiff life, and
wear hearing aids for the rest of Plaintiff life. Plaintiff has been
treated with hearing aids and other medication in order to be able
to communicate and be able to hear high tone noises, such as vehicle
driving by, and low speaker, ect.

17). Related to been deliberate indifference of defendant Michael
deutsch releasing Plaintiff from the Hospital on March 10th,2011 with
an unbandage same day surgery, and defendant Mark Scott Officers
putting hand-cuff on the left hand, the hand got infected to a degree
that Plaintiff almost lost his left hand, and living Plaintiff for
life with Hearing impairmetn in both side of his hearing.

(EXHAUSTION OF ADMINISTRATIVE REMEDIES)

18). Since Plaintiff was transfered to Downstate Correctional Facility,
Plaintiff amended additional charges to the already claim under No.
2011PO20084, bases on new discovery damages, after Plaintiff was
test by the audiology, and declared Plaintiff with permanent hearing
impairment, notifying the Office of the New York city controller.

19). The New York City Department of corrections grievance system
do not cover medical claims, because the City Jails medical department
is under contract by the City of new York.

20). But, Plaintiff did not filed a grievance with the New York City
departmetn of corrections, because Plaintiff was transfered out of the
department almost immediately after Plaintiff was discharged from
belleview Hospital on March 22th,2011.

21). attach to this complaint is a copy of the Notice of Acknowled-
gment, and a copy of the amended notice of intent after plaintiff
having knowledge of his hearing lsot.

22). Plaintiff indeed filed a civil action in the New York city civil Court in 2012 but the court never processed and after a year waiting for the New York city civil Court at 111 center Street to process the action and been notified that the clerk of the court never docketed the action. I then decided to fule the action with the present court.

23). I filed a civil action agaisnt the Department of Homeland security for illegal mandatory detention in the State of New Jersey but it was dismissed as time barred. I do not recall the docket Number at this time, but it shall be in the court computer system.

<u>(RELIEF)</u>

24). In relation to the Medical Malpractice, Medical Negligence and the deliberate Indifference to Plaintiff medical needs. Plaintiff ask for a judgment in punitive damages. and compensatory damages in the maount of ten millions dollars $10,000,000, Hearing aids, Hearing aids replacements while and when it need its for life, and the cost of this civil action, and such other relief as this Honorable court may deem just and equitable.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

dated:    Malone, New York
          January 7th,2013

                                          Respectfully Submitted,

cccopy:
      Omar H. Tuffaha
      assistant Corp. Counsel
      City of New York Lae Dept.              Pedro Tavares pro se
      100 Church street                       DIN # 11 A 2764
      New York, N.Y. 10007                    Franklin Corr. Facility
                                              P.O.BOX: 10
                                              62 Bare Hill Road
                                              Malone, New York 12953

I declare under penalty of perjury that on this 7th day of January,2013, I am delivering this complaint to prison authorities to be mailed to the PRO-SE Office of the United states district Court for the southern District of New York.   Plaintiff Signature

[8]



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

**John C. Liu**

**COMPTROLLER**

015 - 151

Date:       05/27/2011
Claim No:  2011PI020084
RE:          Acknowledgment of Claim

PEDRO JUAN TAVARES 241-07-06598
09-09 HAZEN ST
E ELMHURST, NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson

In The Matter Of The Claim Of

PEDRO JUAN TAVARES

-against-

THE CITY OF NEW YORK

TO:   COMPTROLLER OF THE CITY OF NEW YORK

      PLEASE TAKE NOTICE that the undersigned claimant hereby
make this amend claim pursuant to General Municipal Law 50-e, and
demand aganst The City of New York, as follows:

1).   The name and post-office address of the claimant is:
      Pedro Juan Tavares
      VIN# 11-A-2764
      Clinton Annex Corr. Facility
      P.O.BOX: 2002
      Dannemora, New York 12929

2).   The nature of the claim:
      To recover damages for personal injuries and medical
      expenses sustained as a result of the occurrence
      hereinbelow described.

3).   That on April 28 2011 the claimant filed a claim
      against the City of New York for Medical Negligent

4).   That on May 5th,2011 the Office of the Comptroller
      acknowledged the receiving of the claim and filed it
      under Claim No: 2011PI020084

5).   That due to the excess amount of antibiotic that the
      claimant received between March 17, 2011 and March
      22,2011 in order to control the infection sustained
      do to defendant medical negligent, the claimant has
      lost his high tone heaing ability.

6).   That the State of New York has declare the claimant
      hearing death and has recommended that the claimant
      start using hearing aid do to his high tone hearing
      impediment.

7).   The iterms of damage or injuries are (include dollar
      amounts) that upon information and belief the claim-
      ant sustained during the defendant were taking care
      the infection in claimant left hand, with concomitant
      high tone hearing death to both of claimant ear.
      Claimant is presently unaware of the amount of
      medical expenses incurred to date.

TOTAL AMOUNT CLAIMED      (\$5.000,000)

The undersigned claimant therefore present this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by Law from the date of presentation to you, the claimant intends to csommence an action on this action.

Dated: Clinton County, New York
       March 23, 2012

PEDRO JUAN TAVARES pro-se

State of New York, County of Clinton


       I, Pedro Juan Tavares, being duly sworn, deposes and says that I am the claimant in the within matter, that I have read the forgoing Amended Notice of Claim and knows the contents thereof; that the same is true to my own knowledge, excepts as to the matters therein stated to be alleged on information and belief, and that as those matters deponent believes it to be true.


SWORN TO BEFORE ME, THIS

28TH DAY OF APRIL, March 2012

NOTARY PUBLIC

COURTNEY B LAPIER
Notary Public, State of New York
No. 01LA6189940
Qualified In Clinton County
Commission Expires July 7, 2012



UNITED STATES POSTAGE

$ 00.65⁰   JAN 08 2C 14

021 R
0002 00 7576
MAILED FROM ZIP CODE 12953

FRANKLIN

CORRECTIONAL FACILITY

DIN: 11-A-2764

(legal mail)

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: Pedro Tavares

The Clerk of the Court Pro-se
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007